```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 07 B 02628
   FAITH R PEARSON
                                         CHAPTER 13

                                         JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-9443

------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 02/15/2007 and was confirmed 05/21/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors 100.00%.

      The case was dismissed after confirmation 12/01/2008.
------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
 AMERICA SERVICING COMPAN  SECURED NOT I        .00             .00           .00
 AMERICA SERVICING COMPAN  SECURED NOT I        .00             .00           .00
 COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED             .00           .00
 COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00             .00           .00
 HOME LOAN SERVICES INC    SECURED NOT I        .00             .00           .00
 WELLS FARGO AUTO FINANCE  SECURED VEHIC   18567.00         1465.62       9199.37
 WELLS FARGO AUTO FINANCE  UNSEC W/INTER     283.05             .00           .00
 ROUNDUP FUNDING LLC       UNSEC W/INTER     288.65             .00           .00
 CAB SERVICES              UNSEC W/INTER NOT FILED              .00           .00
 CAPITAL ONE               UNSEC W/INTER     598.27             .00           .00
 CAPITAL ONE               UNSEC W/INTER     637.42             .00           .00
 CAPITAL ONE               UNSEC W/INTER     174.48             .00           .00
 CORPORATE AMERICA FAMILY  UNSEC W/INTER     847.39             .00           .00
 COMCAST                   UNSEC W/INTER NOT FILED              .00           .00
 ECAST SETTLEMENT CORP     UNSEC W/INTER     451.19             .00           .00
 ST JAMES HOSPITAL         UNSEC W/INTER NOT FILED              .00           .00
 NICOR GAS                 UNSEC W/INTER NOT FILED              .00           .00
 MCI COMMUNICATIONS        UNSEC W/INTER NOT FILED              .00           .00
 LVNV FUNDING LLC          UNSEC W/INTER    1480.79             .00           .00
 WILSHIRE CREDIT CORP      UNSEC W/INTER NOT FILED              .00           .00
 COUNTRYWIDE HOME LOANS    MORTGAGE ARRE   13684.42             .00       8179.02
 HOME LOAN SERVICES INC    SECURED NOT I    8345.23             .00           .00
 WILSHIRE CREDIT CORP      SECURED NOT I        .00             .00           .00
 MARITZA PEARSON           UNSEC W/INTER NOT FILED              .00           .00
 ECAST SETTLEMENT CORP     UNSEC W/INTER    2445.85             .00           .00
 LEGAL HELPERS PC          DEBTOR ATTY       500.00                         500.00
 TOM VAUGHN                TRUSTEE                                         1,472.99
 DEBTOR REFUND             REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 02628 FAITH R PEARSON
```

```
--------------------------------------------------------------------------------
TRUSTEE                                     20,817.00

PRIORITY                                                              .00
SECURED                                                         17,378.39
    INTEREST                                                     1,465.62
UNSECURED                                                             .00
ADMINISTRATIVE                                                     500.00
TRUSTEE COMPENSATION                                             1,472.99
DEBTOR REFUND                                                         .00
                                         ---------------   ---------------
TOTALS                                      20,817.00          20,817.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE